IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                            CAUSE NO. 1:14CR12-LG-RHW-1

JUAN G. DUQUE DELGADO

### ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

**BEFORE THE COURT** is the Motion to Suppress [19] filed by the defendant, Juan G. Duque Delgado.  For the reasons stated into the record at the hearing held in this matter on March 25, 2014, the Court finds that the arresting officer had an objectively reasonable suspicion that Delgado violated Miss. Code Ann. § 63-3-619(1) by following a tractor-trailer too closely.  As a result, the traffic stop at issue was justified, and the Motion to Suppress must be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Suppress [19] filed by the defendant Juan G. Duque Delgado is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 26th day of March, 2014.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge